Cary Kletter (SBN 210230)
Email: ckletter@kletterlaw.com
Sally Trung Nguyen (SBN 267275)
Email: snguyen@kletterlaw.com
KLETTER LAW + NGUYEN LAW LLP
1900 S. Norfolk Street, Suite 350
San Mateo, CA 94403
P: 415.434.3400

Attorneys for Plaintiffs,
MICHELLE CENTIS, JOSHUA MOREHOUSE,
AND MATTHEW VASQUEZ

John Baum (SBN 148366)
Email: jbaum@hkemploymentlaw.com
Amy A. Durgan (SBN 245325)
Email: adurgan@hkemploymentlaw.com
Hirschfeld Kraemer LLP
505 Montgomery Street, 13th Floor
San Francisco, California 94111

Attorneys for Defendant
24 HOUR FITNESS USA, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE CENTIS, JOSHUA MOREHOUSE, AND MATTHEW VASQUEZ<br><br>Plaintiffs,<br><br>v.<br><br>24 HOUR FITNESS USA, INC.; and DOES 1 THROUGH 20, inclusive,<br><br>Defendants. | Case No.: 3:14-cv-05147-LB<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** : ORDER |

1  IT IS HEREBY STIPULATED by Plaintiffs' Michelle Centis ("Centis"), Joshua Morehouse ("Morehouse"), Matthew Vasquez ("Vasquez") and Defendant 24 HOUR FITNESS USA, INC. ("Defendant," collectively "the Parties"), by and through their respective undersigned counsel, that the above-captioned action be and hereby is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). This dismissal is intended to be effective even "without a court order." Fed. R. Civ. P. 41(a)(1)(A).

Pursuant to the terms of the Settlement Agreement entered into between the Parties, each party is to bear its own costs and attorney's fees.

**IT IS SO STIPULATED.**

Dated: September 29, 2015

KLETTER + NGUYEN LAW LLP

By: ___/s/_____
Cary Kletter
Sally Trung Nguyen
Attorneys for Plaintiffs,
MICHELLE CENTIS,
JOSHUA MOREHOUSE,
AND MATTHEW VASQUEZ

Dated: September 29, 2015

HIRSCHFELD KRAEMER LLP

By: ___/s/_____
John Baum
Amy A. Durgan
Attorneys for Defendant,
24 HOUR FITNESS USA, INC.

Dated: September 30, 2015

APPROVED
/s/ LB
Judge Laurel Beeler

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

STIPULATION OF DISMISSAL WITH PREJUDICE - 2 -